LATHAM & WATKINS LLP
  Kristine L. Wilkes (Cal. Bar No. 116693)
  Cecilia O'Connell Miller (Cal. Bar No. 211111)
  Drew T. Gardiner (Cal. Bar No. 234451)
  Shireen M. Becker (Cal. Bar No. 237930)
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: (619) 236-1234
Facsimile: (619) 696-7419
E-mail: kristine.wilkes@lw.com

LEVINE, STEINBERG, MILLER & HUVER
  Harvey R. Levine (Cal. Bar No. 61879)
  Craig A. Miller (Cal. Bar No. 116030)
550 West C Street, Suite 1810
San Diego, California 92101-8598
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Defendant and Counterclaimant
City of San Diego

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; AMERICAN INTERNATIONAL SURPLUS LINES INSURANCE COMPANY; and LEXINGTON INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF SAN DIEGO,<br><br>        Defendant. | CASE NO. 02 CV 0693 BEN (CAB)<br><br>[~~PROPOSED~~] ORDER EXTENDING EXPERT DISCOVERY DEADLINES |
| CITY OF SAN DIEGO,<br><br>        Counterclaimant,<br><br>    v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>        Counterdefendant. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\570094.1

CASE NO. 02 CV 0693 BEN (CAB)
[PROPOSED] ORDER EXTENDING
EXPERT DISCOVERY DEADLINES

# ORDER

The Court, considering the joint stipulation of the parties, finds good cause to grant the relief requested, therefore,

**IT IS HEREBY ORDERED** that:

1. On or before **February 16, 2007**, all parties shall exchange with all other parties a list of all expert witnesses expected to be called at trial. The list shall include the name, address, and phone number of the expert and a brief statement identifying the subject areas as to which the expert is expected to testify. The list shall also include the normal rates the expert charges for deposition and trial testimony.

2. On or before **March 2, 2007**, any party may supplement its designation in response to any other party's designation so long as that party has not previously retained an expert to testify on that subject.

3. Each expert witness designated by a party shall prepare a written report to be provided to all other parties **no later than April 6, 2007**, containing the information required by Fed. R. Civ. P. 26(a)(2)(A) and (B).

4. Any party, through any expert designated, shall in accordance with Fed. R. Civ. P. 26(a)(2)(C) and Fed. R. Civ. P. 26(e), supplement any of its expert reports regarding evidence intended solely to contradict or rebut evidence on the same subject matter identified in an expert report submitted by another party. Any such supplemental reports are due on or before **April 20, 2007.**

5. Expert discovery shall be completed on or before **May 7, 2007.**

**IT IS SO ORDERED**.

Dated: January 25, 2007

_____
CATHY ANN BENCIVENGO
United States Magistrate Judge

Presented by:  _s/ Drew Gardiner_____
Drew T. Gardiner
of Latham & Watkins LLP
Counsel for City of San Diego

LATHAM&WATKINS<sup>LLP</sup>  SD\570094.1
ATTORNEYS AT LAW
SAN DIEGO

1

CASE NO. 02 CV 0693 BEN (CAB)
[PROPOSED] ORDER EXTENDING
EXPERT DISCOVERY DEADLINES