# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN DIEGO,<br><br>Defendant. | CASE NO. 02-CV-0693 BEN (CAB)<br><br>**ORDER RE DEFENDANT'S REQUEST FOR EXTENSION OF DISCOVERY CUT-OFF** |

On March 1, 2007, Defendant City of San Diego ("Defendant" or "the City") requested an extension of the discovery cut-off currently set for March 2, 2007. On March 2, 2007, the Court held a telephonic hearing on the request. Stephen Kovarik, Esq., and James Wagoner, Esq., appeared for Plaintiff Insurance Company of the State of Pennsylvania ("ISOP"). Harvey Levine, Esq., and Kristine Wilkes, Esq., appeared for Defendant.

Having considered the arguments of counsel, IT IS HEREBY ORDERED:

The fact discovery cut-off is extended to **March 30, 2007**, for the parties to complete already noticed depositions and answer previously propounded written discovery requests. Requests for an additional extension will be carefully screened for a showing of good cause.

**IT IS SO ORDERED.**

DATED: March 2, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge