| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   |     Kristine L. Wilkes (Cal. Bar No. 116693) |
| 2 |     Cecilia O'Connell Miller (Cal. Bar No. 211111) |
|   |     Drew T. Gardiner (Cal. Bar No. 234451) |
| 3 |     Shireen M. Becker (Cal. Bar No. 237930) |
|   | 600 West Broadway, Suite 1800 |
| 4 | San Diego, California  92101-3375 |
|   | Telephone:  (619) 236-1234 |
| 5 | Facsimile:  (619) 696-7419 |
|   | E-mail:  kristine.wilkes@lw.com |
| 6 | |
|   | LEVINE, STEINBERG, MILLER & HUVER |
| 7 |     Harvey R. Levine (Cal. Bar No. 61879) |
|   |     Craig A. Miller (Cal. Bar No. 116030) |
| 8 | 550 West C Street, Suite 1810 |
|   | San Diego, California 92101-8598 |
| 9 | Telephone:  (619) 231-9449 |
|   | Facsimile:  (619) 231-8638 |
| 10 | |
|   | Attorneys for Defendant and Counterclaimant |
| 11 | City of San Diego |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; AMERICAN INTERNATIONAL SURPLUS LINES INSURANCE COMPANY; and LEXINGTON INSURANCE COMPANY,<br><br>               Plaintiffs,<br><br>        v.<br><br>CITY OF SAN DIEGO,<br><br>               Defendant. | CASE NO. 02 CV 0693 BEN (CAB)<br><br>[~~PROPOSED~~] ORDER:<br><br>(1) EXTENDING FACT AND EXPERT DISCOVERY DEADLINES; AND<br><br>(2) CONTINUING MANDATORY SETTLEMENT CONFERENCE |
| CITY OF SAN DIEGO,<br><br>               Counterclaimant,<br><br>        v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>               Counterdefendant. | |

LATHAM&WATKINS™
ATTORNEYS AT LAW
SAN DIEGO

SD\577049.1

CASE NO. 02 CV 0693 BEN (CAB)
[PROPOSED] ORDER EXTENDING
DISCOVERY DEADLINES

## **ORDER**

The Court, considering the joint motion of the parties, finds good cause to grant the relief requested. Therefore **IT IS HEREBY ORDERED** that:

1. The parties shall conduct the currently noticed depositions of Bob Penny, C.V. Starr & Co., MTS Insurance Services, Kristine Wilkes, James Wagoner, Aimee Tersy, Andrew Nadolna, Kenneth Horenstein, and ISOP **no later than April 20, 2007**;

2. All other depositions currently noticed are postponed until after April 20, 2007, after which time the parties will meet and confer regarding whether these depositions shall proceed;

3. On or before **May 1, 2007**, all parties shall exchange with all other parties a list of all expert witnesses expected to be called at trial. The list shall include the name, address, and phone number of the expert and a brief statement identifying the subject areas as to which the expert is expected to testify. The list shall also include the normal rates the expert charges for deposition and trial testimony.

4. On or before **May 15, 2007**, any party may supplement its designation in response to any other party's designation so long as that party has not previously retained an expert to testify on that subject.

5. The parties shall file any discovery motions **no later than May 15, 2007**;

6. Each expert witness designated by a party shall prepare a written report to be provided to all other parties **no later than June 19, 2007**, containing the information required by Fed. R. Civ. P. 26(a)(2)(A) and (B).

7. Any party, through any expert designated, shall in accordance with Fed. R. Civ. P. 26(a)(2)(C) and Fed. R. Civ. P. 26(e), supplement any of its expert reports regarding evidence intended solely to contradict or rebut evidence on the same subject matter identified in an expert report submitted by another party. Any such supplemental reports are due on or before **July 3, 2007.**

8. Expert discovery shall be completed on or before **July 17, 2007.**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\577049.1

1

CASE NO. 02 CV 0693 BEN (CAB)
[PROPOSED] ORDER EXTENDING
DISCOVERY DEADLINES

9. The Mandatory Settlement Conference set for May 14, 2007, is continued to **August 1, 2007**, at **10:00 a.m.** in the chambers of Magistrate Judge Cathy Ann Bencivengo. Counsel shall submit **confidential** settlement statements **directly to chambers** no later than **July 25, 2007**. Each party's settlement statement shall set forth the party's statement of the case, identify controlling legal issues, concisely set out issues of liability and damages, and shall set forth the party's settlement position, including the last offer or demand made by that party, and a separate statement of the offer or demand the party is prepared to make at the settlement conference. **Settlement conference briefs shall not be filed with the Clerk of the Court, nor shall they be served on opposing counsel.**

Pursuant to Local Civil Rule 16.3, all party representatives and claims adjusters for insured defendants with full and unlimited authority to negotiate and enter into a binding settlement, as well as the principal attorney(s) responsible for the litigation, must be present and legally and factually prepared to discuss and resolve the case at the mandatory settlement conference. Retained outside corporate counsel <u>shall not</u> appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement. Failure to attend the conference or obtain proper excuse will be considered grounds for sanctions.

10. All corresponding dates are vacated.

11. All other dates remain the same.

12. The parties may request an additional extension of these dates upon a showing of good cause.

**IT IS SO ORDERED**.

Dated: March 19, 2007

_____
CATHY ANN BENCIVENGO
United States Magistrate Judge

Presented by: _s/ Drew Gardiner_____
Drew T. Gardiner
of Latham & Watkins LLP
Counsel for City of San Diego

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\577049.1

2

CASE NO. 02 CV 0693 BEN (CAB)
[PROPOSED] ORDER EXTENDING
EXPERT DISCOVERY DEADLINES