LATHAM & WATKINS LLP
  Kristine L. Wilkes (Cal. Bar No. 116693)
  Cecilia O'Connell Miller (Cal. Bar No. 211111)
  Drew T. Gardiner (Cal. Bar No. 234451)
  Shireen M. Becker (Cal. Bar No. 237930)
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: (619) 236-1234
Facsimile: (619) 696-7419
E-mail: kristine.wilkes@lw.com

LEVINE, STEINBERG, MILLER & HUVER
  Harvey R. Levine (Cal. Bar No. 61879)
  Craig A. Miller (Cal. Bar No. 116030)
550 West C Street, Suite 1810
San Diego, California 92101-8598
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Defendant and Counterclaimant
City of San Diego

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; AMERICAN INTERNATIONAL SURPLUS LINES INSURANCE COMPANY; and LEXINGTON INSURANCE COMPANY,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CITY OF SAN DIEGO,<br><br>                    Defendant. | CASE NO. 02 CV 0693 BEN (CAB)<br><br>[~~PROPOSED~~] ORDER EXTENDING EXPERT DISCOVERY DEADLINES |
| CITY OF SAN DIEGO,<br><br>                    Counterclaimant,<br><br>v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>                    Counterdefendant. | |

## <u>ORDER</u>

The Court, considering the joint stipulation of the parties, finds good cause to grant the relief requested.  Therefore, **IT IS HEREBY ORDERED** that:

1.      Each expert witness designated by a party shall prepare a written report to be provided to all other parties no later than **<u>July 26, 2007</u>**, containing the information required by Fed. R. Civ. P. 26(a)(2)(A) and (B).

2.      Any party, through any expert designated, shall in accordance with Fed. R. Civ. P. 26(a)(2)(C) and Fed. R. Civ. P. 26(e), supplement any of its expert reports regarding evidence intended solely to contradict or rebut evidence on the same subject matter identified in an expert report submitted by another party.  Any such supplemental reports are due on or before **<u>August 9, 2007</u>**.

3.      Expert discovery shall be completed on or before **<u>August 23, 2007</u>**.

4.      All corresponding dates are vacated.

5.      All other dates remain the same.

6.      The parties may request an additional extension of these dates upon a showing of good cause.

**IT IS SO ORDERED**.

Dated:  June 15, 2007

_____
CATHY ANN BENCIVENGO
United States Magistrate Judge


Presented by:  _s/ Drew Gardiner_____
                      Drew T. Gardiner
                      of Latham & Watkins LLP
                      Counsel for City of San Diego