1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; AMERICAN INTERNATIONAL SURPLUS LINES INSURANCE COMPANY; and LEXINGTON INSURANCE COMPANY, | CASE NO. 02cv0693 BEN (CAB) ORDER EXTENDING EXPERT DISCOVERY DEADLINES |
|---|---|
| Plaintiffs, | |
| v. | |
| CITY OF SAN DIEGO, | |
| Defendant. | |
| CITY OF SAN DIEGO, | |
| Counterclaimant, | |
| v. | |
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | |
| Counterdefendant. | |

**ORDER**

The Court, considering the joint stipulation of the parties, finds good cause to grant the relief requested. Therefore, **IT IS HEREBY ORDERED** that:

1. Each expert witness designated by a party shall prepare a written report to be provided to all other parties no later than **November 1, 2007**, containing the information required by Fed. R. Civ. P. 26(a)(2)(A) and (B).

2. Any party, through any expert designated, shall in accordance with Fed. R. Civ. P. 26(a)(2)(C) and Fed. R. Civ. P. 26(e), supplement any of its expert reports regarding evidence intended solely to contradict or rebut evidence on the same subject matter identified in an expert report submitted by another party. Any such supplemental reports are due on or before **November 15, 2007**.

3. Expert discovery shall be completed on or before **November 29, 2007**.

4. The parties may request an additional extension of these dates upon a showing of good cause.

**IT IS SO ORDERED**.

Dated: September 5, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge